UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**United States of America,**

                                      **Plaintiff,**

                        **-v-**                                **1:12-CV-155 (NAM/ATB)**

**Trenthia C. Borgiorni, a/k/a Trenthia C. Bongiorni**

                                      **Defendant.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

Manfredi Law Group, PLLC
John S. Manfredi, Esq., of counsel
302 East 19th Street
Suite 2A
New York, New York 10003

**Hon. Norman A. Mordue, U.S. District Judge:**

### MEMORANDUM-DECISION AND ORDER

The United States of America moves (Dkt. No. 13) for default judgment in this action to recover monies owed by defendant on a student loan. On June 12, 2012, the Government obtained a Clerk's Entry of Default (Dkt. No. 12). The Complaint and the Certificate of Indebtedness, incorporated by reference therein, establish the amount due and defendant's nonpayment. Plaintiff also submits a supplemental affirmation in support of its assertion that defendant is not in the United States military. Plaintiff has demonstrated its entitlement to the relief sought.

It is therefore

ORDERED that plaintiff is awarded default judgment in the sum of $1,431.25 plus

interest through April 20, 2011 in the sum of $218.19, for a total of $1,649.44, plus additional accrued interest at 2.47% per annum from to the date of entry of the judgment, plus $55, the cost of service of process.

    IT IS SO ORDERED.

Date:   February 5, 2013
           Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge